**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Abdel–Illah ELMARDOUDI, also known as Hussein Mohsen Safieddine, also known as George Labibe, also known as Abdullah, also known as Jean–Pierre Tardelli, Defendant–Appellant.**

No. 08–1685.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 4, 2009.

Filed: March 9, 2009.

Richard L. Murphy, Kandice A. Wilcox, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff-Appellee.

Christopher A. Clausen, JFHQ–IA–SJA, Johnston, IA, for Defendant-Appellant.

Abdel–Ilah Elmardoudi, Leavenworth, KS, pro se.

Before BYE, JOHN R. GIBSON, and GRUENDER, Circuit Judges.

PER CURIAM.

Abdel–Ilah Elmardoudi conditionally pleaded guilty to one count of misuse of a Social Security number in violation of 42 U.S.C. § 408(a)(7)(A), and was sentenced to sixty months imprisonment. On appeal, he challenges the district court's [1] denial of his motion to dismiss the indictment based on his constitutional speedy trial and pre-indictment delay claims, as well as his sentence. Having considered Elmardoudi's arguments for reversal and conducted

the appropriate review, *see United States v. Zastrow,* 534 F.3d 854, 856 (8th Cir. 2008) (standard of review for a criminal sentence), *United States v. Aldaco,* 477 F.3d 1008, 1016 (8th Cir.2007) (standard of review for a constitutional speedy trial claim), *United States v. Gladney,* 474 F.3d 1027, 1030 (8th Cir.2007) (standard of review for a constitutional pre-indictment delay claim), we find no reason to overturn the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District